# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROLAND DIBARTOLO

NO. 2024 KW 0672

**OCTOBER 7, 2024**

---

In Re:   Roland Dibartolo, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, Nos. 132977, 185448.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** Relator must seek judicial review of an adverse decision by the Department of Public Safety and Corrections rendered pursuant to administrative remedy procedures "only in the Nineteenth Judicial District Court." See La. R.S. 15:1177(A). He may seek a civil appeal from an adverse decision of the district court in this court. See **Branch v. Louisiana Dept. of Public Safety and Corrections,** 2012-0749 (La. App. 1st Cir. 12/21/12), 111 So.3d 1059, 1059 n.1.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT